# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket No. 03-cr-90-P-S |
| VICKI RANNI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER ON DEFENDANT'S MOTION TO REMOVE CIMS CLASSIFICATION**

Before the Court is Defendant Ranni's *pro se* Motion to Remove CIMS Classification (Docket # 81). As explained herein, the Court DENIES the motion WITHOUT PREJUDICE.

In October 2003, Ranni and co-defendant Thomas Shafer pleaded guilty to various counts of an Information (Docket # 31) charging them for their involvement in three bank robberies. This Court proceeded to impose judgment and sentence, which included a three-year term of supervised release for each Defendant. (See Judgments (Docket #s 46 & 47) at 3.) In addition to the standard conditions of supervised release, the Court imposed a special condition preventing Defendants from having "communication or contact" with each other. (See id. at 4.) In July 2008, Defendants moved to modify this condition so that they could "marry . . . upon their release from prison." (See Def.'s Mot. for Modification (Docket # 68) at 2.) In September 2008, the Court denied Defendants' request without prejudice. (See Order (Docket # 72).)

Defendant Ranni now moves to remove the separation (CIMS) classification resulting from the special condition of supervised release; in other words, this Motion appears simply to renew Defendants' earlier request for modification. In short, the Court

2

continues to believe that the special condition "serves the twin purposes of protecting the public from future crime and encouraging Defendants' rehabilitation, and is [] 'reasonably related to' permissible purposes of supervised release." (Id. at 2.) See 18 U.S.C. § 3583(d)(1); USSG § 5D1.3(b). To the extent Defendant Ranni's Motion requests an order compelling the Government "to contact appropriate regional office authorities for both parties and remove the [classification]" or to provide any other type of administrative remedy, the Court cannot grant the requested relief.

Accordingly, the Court DENIES WITHOUT PREJUDICE Defendant Ranni's *pro se* Motion to Remove CIMS Classification (Docket # 81). As previously indicated, once Defendants commence their terms of supervised release, the Court is willing to consider a renewed motion for modification or removal of the special condition, depending on the status of each Defendant's rehabilitation.

SO ORDERED.

      /s/ George Z. Singal
      United States District Judge

Dated this 22nd day of June, 2009.